# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 19-11290-AMC

KEVIN S MCLELLAN
CHRISTINE D MCLELLAN
224 MAXWELL LANE

WEST CHESTER, PA 19382

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEVIN S MCLELLAN
    CHRISTINE D MCLELLAN
    224 MAXWELL LANE

    WEST CHESTER, PA 19382

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                /s/ William C. Miller

Date: 4/24/2019

                                _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee