United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11290-amc
Kevin S McLellan                                                      Chapter 13
Christine D. McLellan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Jul 09, 2019
                              Form ID: 215             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db          +Kevin S McLellan,    224 Maxwell Lane,    West Chester, PA 19382-6428
jdb         +Christine D. McLellan,    517 Windy Hill,    West Chester, PA 19382-6957
14281633   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14281634    +Bank Of America, N.a.,    4909 Savarese Cir,    Tampa, FL 33634-2413
14296570    +Bank of America,    c/o Rebecca A. Solar, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14290195     Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
14311353    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14321797     CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
14304308    +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14296797    +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
              Addison Texas 75001-9013
14281635    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14281637    +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
14281638    +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
14281639    +Edfinancial Services L,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
14295884    +Edfinancial on behalf of US Dept. of Education,    120 N. Seven Oaks Dr.,
              Knoxville, TN 37922-2359
14281641    +John L. McClain and Associates, PC,    PO Box 123,    Narberth, PA 19072-0123
14294113     LAKEVIEW LOAN SERVICING, LLC,    C/o Mario J. Hanyon, Esq.,
              Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
              One Penn Center Plaza,    Philadelphia, PA 19103
14294308     Lakeview Loan Servicing, LLC,    c/o Mario J. Hanyon, Esquire,    1617 JFK Boulevard, Suite 1400,
              One Penn Center Plaza,    Philadelphia, Pa  19103
14281642    +Loancare Servicing Ctr,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14281644    +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
14281647    +Volvo Car Financial Sv,    1 Volvo Dr,    Rockleigh, NJ 07647-2507
14306832     Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14281648    +Wf/fmg,    Po Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14281640      E-mail/Text: creditsolutiongroup@fmfcu.org Jul 10 2019 03:09:12     Franklin Mint Fcu Il,
               5 Hillman Drive,    Chadds Ford, PA 19317
14316228      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 10 2019 03:18:48     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14323421      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2019 03:08:14
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14281645     +E-mail/Text: bankruptcy@sw-credit.com Jul 10 2019 03:09:32     Southwest Credit Syste,
               4120 International Pkwy,    Carrollton, TX 75007-1958
14281646     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:07:46     Syncb/broyhill,
               C/o Po Box 965036,    Orlando, FL 32896-0001
14281726     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:08:12     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14281879     +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:07:23     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14301673     +E-mail/Text: BKRMailOps@weltman.com Jul 10 2019 03:09:33
               Volvo Car Financial Services US, LLC,    c/o Weltman Weinberg & Reis Co LPA,
               965 Keynote Circle,    Brooklyn Heights, OH 44131-1829
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14281643       Metropolitan,    East Goshen, PA
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14296857*     +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
               Addison Texas 75001-9013
14281636*     +Chase Card,    P.o. Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Jul 09, 2019
                              Form ID: 215             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
          JOHN L. MCCLAIN    on behalf of Debtor Kevin S McLellan aaamcclain@aol.com, edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Christine D. McLellan aaamcclain@aol.com,
           edpabankcourt@aol.com
          MARIO J. HANYON    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor   BANK OF AMERICA bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| Kevin S McLellan and Christine D. McLellan | : Case No. 19−11290−amc |
| Debtor(s) | : |

___

### NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S INCOME, EXPENSES OR ASSETS,

In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.** The audit report has been filed with the Court and is available for review by parties in interest.

7/9/19

Timothy B. McGrath, Clerk

Jeanette Gilmore
Deputy Clerk

26
Form 215