**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
    McLellan, Kevin S
    McLellan, Christine D.
        Debtors                 : 19-11290

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**QCI Excavating Inc.**
**2 Elm Ave**
**Aston, PA 19014**

Re:  **McLellan, Kevin S**
SSN: xxx-xx-3741

    The future earnings of the above named debtor McLellan, Kevin S, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$900.00 for 10 months (Started back on April 20, 2019), and as of this February 1, 2020, the payments shall increase to $1,800.00 per month for a period of 50 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$900.00 for 10 months (Started back on April 20, 2019), and as of this February 1, 2020, the payments shall increase to $1,800.00 per month for a period of 50 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

**Date: November 18, 2019**

                                                                                        _____
                                                                                   Ashely M. Chan, U.S. Bankruptcy Judge

QCI Excavating Inc.
2 Elm Ave
Aston, PA 19014

McLellan, Kevin S
McLellan, Christine D.
224 Maxwell Lane
West Chester, PA 19382


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123