# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christine D. McLellan<br>          Kevin S. McLellan<br>                    Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, its successors and/or assigns<br>                    Movant<br>     vs.<br>Christine D. McLellan<br>Kevin S. McLellan<br>                    Debtor(s)<br>William C. Miller Esq.<br>                    Trustee | NO. 19-11290 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, which was filed with the Court on or about **April 15, 2019, docket number 19**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

November 21, 2019