United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin S McLellan  
Christine D. McLellan  
    Debtors

Case No. 19-11290-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Nov 19, 2019  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
       +QCI Excavating Inc,   2 Elm Ave,   Aston, PA 19014-1129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:  
        JOHN L. MCCLAIN    on behalf of Debtor Kevin S McLellan aaamcclain@aol.com, edpabankcourt@aol.com  
        JOHN L. MCCLAIN    on behalf of Joint Debtor Christine D. McLellan aaamcclain@aol.com, edpabankcourt@aol.com  
        MARIO J. HANYON    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    McLellan, Kevin S
    McLellan, Christine D.
        Debtors : 19-11290

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
QCI Excavating Inc.
2 Elm Ave
Aston, PA 19014**

Re: **McLellan, Kevin S**
SSN: xxx-xx-3741

    The future earnings of the above named debtor McLellan, Kevin S, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtors' amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$900.00 for 10 months (Started back on April 20, 2019), and as of this February 1, 2020, the payments shall increase to $1,800.00 per month for a period of 50 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$900.00 for 10 months (Started back on April 20, 2019), and as of this February 1, 2020, the payments shall increase to $1,800.00 per month for a period of 50 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

**Date: November 18, 2019**

    _____
    Ashely M. Chan, U.S. Bankruptcy Judge

QCI Excavating Inc.
2 Elm Ave
Aston, PA 19014

McLellan, Kevin S
McLellan, Christine D.
224 Maxwell Lane
West Chester, PA 19382


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123