**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                : Chapter 13
   McLellan, Kevin S
   McLellan, Christine D.
        Debtors                                          : 19-11290

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $7,500.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $7,500.00 and $0.00 shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

**Date: April 29, 2020**                    _____
                                              Ashely M. Chan
                                              U.S. BANKRUPTCY JUDGE