```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 19-11290-amc
Kevin S McLellan                                                    Chapter 13
Christine D. McLellan
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore             Page 1 of 1             Date Rcvd: Apr 29, 2020
                              Form ID: pdf900             Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db             +Kevin S McLellan,    224 Maxwell Lane,    West Chester, PA 19382-6428
jdb            +Christine D. McLellan,    517 Windy Hill,    West Chester, PA 19382-6957

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:39      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2020 03:19:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:57      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Kevin S McLellan aaamcclain@aol.com,    edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Christine D. McLellan aaamcclain@aol.com,
               edpabankcourt@aol.com
              MARIO J. HANYON    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
   McLellan, Kevin S
   McLellan, Christine D.
      Debtors  : 19-11290

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $7,500.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $7,500.00 and $0.00 shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

**Date: April 29, 2020**  _____

Ashely M. Chan
U.S. BANKRUPTCY JUDGE