**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|   McLellan, Kevin S | |
|   McLellan, Christine D. | : |
|        Debtors | |
| | : 19-11290 |

## CERTIFICATE OF SERVICE

   I certify that on the date shown below a copy of the Revised Modified Plan (3rd Amended) was served upon the parties listed below, all interested parties, the standing trustee, all creditors of the debtors at their addresses as shown in the schedules accompanying the debtors' petition and from the claims docket by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on January 25, 2022.

February 21, 2022

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

McLellan, Kevin S McLellan, Christine D.
517 Windy Hill Road
West Chester, PA 19382