# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    McLellan, Kevin S :
    McLellan, Christine D. : 19-11290
        Debtors :

## ORDER

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Modified Chapter 13 Plan (3rd Amended) is **APPROVED**.

Date: February 25, 2022

_____
**Magdeline D. Coleman**
**CHIEF U.S. BANKRUPTCY JUDGE**