**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
  McLellan, Kevin S
  McLellan, Christine D.
          Debtors              :  19-11290


**ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this  20th  day of ____April____ 2022, upon consideration of

the foregoing Supplemental Application for Compensation and Reimbursement

of Expenses for Services Performed After Confirmation, IT IS HEREBY

   ORDERED that the Application is granted and, further, the unpaid balance of

$2,390.00 of the legal fees and incurred expenses shall be paid through

debtors' Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee

as an administrative priority expense.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge