United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-11290-mdc

Kevin S McLellan     Chapter 13

Christine D. McLellan

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 31, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin S McLellan, 224 Maxwell Lane, West Chester, PA 19382-6428 |
| jdb | + | Christine D. McLellan, 517 Windy Hill, West Chester, PA 19382-6957 |
| 14296570 | + | Bank of America, c/o Rebecca A. Solar, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14281641 | #+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14294113 | | LAKEVIEW LOAN SERVICING, LLC, C/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14294308 | | Lakeview Loan Servicing, LLC, c/o Mario J. Hanyon, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, Pa 19103 |
| 14281726 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14281647 | + | Volvo Car Financial Sv, 1 Volvo Dr, Rockleigh, NJ 07647-2507 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 01 2024 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 01 2024 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14281633 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2024 00:34:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14281634 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2024 00:34:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14311353 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 01 2024 00:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14290195 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2024 00:34:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14321797 | | Email/Text: BKPT@cfna.com | Feb 01 2024 00:34:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14304308 | + | Email/Text: RASEBN@raslg.com | Feb 01 2024 00:34:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14296797 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 01 2024 00:34:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14281637 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2024 00:34:08 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |

Case 19-11290-mdc  Doc 78  Filed 02/02/24  Entered 02/03/24 00:34:00  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14281638 | + | Email/Text: BKPT@cfna.com | Feb 01 2024 00:34:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14281639 | + | Email/Text: EBN@edfinancial.com | Feb 01 2024 00:34:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14295884 | + | Email/Text: EBN@edfinancial.com | Feb 01 2024 00:34:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14281640 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 01 2024 00:34:00 | Franklin Mint Fcu Il, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 14281635 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2024 00:45:40 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14316228 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2024 00:34:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14281642 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 01 2024 00:34:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14323421 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2024 00:34:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14281644 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2024 00:34:08 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14281645 | + | Email/Text: bankruptcy@sw-credit.com | Feb 01 2024 00:34:10 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14281646 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 01 2024 00:34:24 | Syncb/broyhill, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14281879 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2024 00:45:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14301673 | + | Email/Text: BKRMailOps@weltman.com | Feb 01 2024 00:34:00 | Volvo Car Financial Services US, LLC, c/o Weltman Weinberg & Reis Co LPA, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 14306832 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 01 2024 00:34:04 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14281648 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 01 2024 00:34:41 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14281643 | | Metropolitan, East Goshen, PA |
| 14296857 | *+ | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14281636 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, P.o. Box 15298, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@friedmanvartolo.com |
| JOHN L. MCCLAIN | on behalf of Debtor Kevin S McLellan aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Christine D. McLellan aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kevin S McLellan and Christine D. McLellan

        Debtor(s)

Case No: 19−11290−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/31/24