United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-11290-pmm

Kevin S McLellan                                                                    Chapter 13

Christine D. McLellan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                         Page 1 of 2

Date Rcvd: Jun 10, 2024                 Form ID: 195                               Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin S McLellan, 224 Maxwell Lane, West Chester, PA 19382-6428 |
| jdb | + | Christine D. McLellan, 517 Windy Hill, West Chester, PA 19382-6957 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | |
| | on behalf of Debtor Kevin S McLellan aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | |
| | on behalf of Joint Debtor Christine D. McLellan aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: Jun 10, 2024      Form ID: 195      Total Noticed: 2

MICHELLE L. MCGOWAN
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com

THOMAS SONG
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

Case 19-11290-pmm   Doc 87   Filed 06/12/24   Entered 06/13/24 00:35:21   Desc Imaged
Certificate of Notice   Page 2 of 3

District/off: 0313-2      User: admin      Page 2 of 2

Date Rcvd: Jun 10, 2024      Form ID: 195      Total Noticed: 2

MICHELLE L. MCGOWAN
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mimcgowan@raslg.com

THOMAS SONG
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Kevin S McLellan and Christine D. McLellan          : Case No. 19−11290−pmm
      Debtor(s)

### ORDER

_____

    AND NOW, this day , June 10, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                            By The Court

                            Patricia M. Mayer
                            Judge, United States Bankruptcy Court